THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK "JOE" MENDEZ, an individual, on behalf of himself and others similarly situated; DONALD MAX KIMBALL, an individual, on behalf of himself and others similarly situated; and SIA GOULD, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEELSCAPE WASHINGTON, LLC, a Washington limited liability company; and STEELSCAPE, LLC, a foreign limited liability company,<br><br>Defendants. | C19-5691 TSZ<br><br>**STIPULATED MOTION AND ORDER CONTINUING PRE-CERTIFICATION BRIEFING DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 9, 2021 |

**STIPULATED MOTION**

The parties, by and through counsel, hereby stipulate and jointly move as follows:

This matter is a putative class action by Plaintiffs Frank "Joe" Mendez, Donald Max Kimball, and Sia Gould against Defendants Steelscape Washington, LLC and Steelscape LLC for alleged failure to pay wages under Washington law.

On June 12, 2020, the Court signed a Stipulated Motion and Order Continuing Pre-Certification Briefing Deadlines, which extended the deadline for Plaintiff's motion for

STIPULATED MOTION AND ORDER
CONTINUING PRE-CERTIFICATION BRIEFING
DEADLINES – 1
C19-5691 TSZ

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

class certification to February 19, 2021. *See* Dkt. 22. Since entry of that Order, the parties exchanged preliminary discovery and participated in a lengthy and extensive mediation process. As a result of those efforts, the parties reached a settlement in principle but need additional time to finalize the remaining details of that settlement.

Thus, for efficiency and to allow the parties sufficient time to focus their efforts on finalizing the terms of settlement and all preliminary motions related thereto, and further, in the unlikely event that settlement falls through, to prepare for and file pre-certification briefing, the parties jointly request that the current pre-certification briefing deadlines be adjusted as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file motion for class certification and related motions | February 19, 2021 | July 23, 2021 |
| Opposition briefs re motion for class certification or other motions | March 26, 2021 | August 27, 2021 |
| Reply briefs re motion for class certification or other motions | April 16, 2021 | September 17, 2021 |

The parties further stipulate pursuant to Federal Rule of Civil Procedure 29(b) that, if the briefing deadlines are continued by the Court as requested in this Stipulated Motion, then the deadline for any party to serve objections or responses or to produce documents in response to any formal discovery requests (now pending or subsequently served) will be no sooner than 30 days after the date the propounding party informs the receiving party that it deems settlement unsuccessful and desires to resume formal discovery.

//

//

//

IT IS SO STIPULATED this 9th day of February, 2021.

STIPULATED MOTION AND ORDER
CONTINUING PRE-CERTIFICATION BRIEFING
DEADLINES – 2
C19-5691 TSZ

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

| | |
|---|---|
| K&L GATES LLP | HKM EMPLOYMENT ATTORNEYS LLP |
| */s/ Patrick M. Madden* <br> Patrick M. Madden, WSBA # 21356 | */s/ Donald W. Heyrich* <br> Donald W. Heyrich, WSBA # 28897 |
| */s/ Ryan D. Redekopp* <br> Ryan D. Redekopp, WSBA # 36853 | */s/ Erin S. Norgaard* <br> Erin S. Norgaard, WSBA # 32789 |
| K&L GATES LLP <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, WA 98104 <br> Telephone: (206) 623-7580 <br> Fax: (206) 623-7022 <br> Email: patrick.madden@klgates.com <br> Email: ryan.redekopp@klgates.com <br> *Attorneys for Defendants* | */s/ Brian L. Dolman* <br> Brian L. Dolman, WSBA # 32365 <br><br> HKM Employment Attorneys LLP <br> 600 Stewart Street, Suite 901 <br> Seattle, WA 98101 <br> Telephone: (206) <br> Fax: (206) <br> Email: dheyrich@hkm.com <br> Email: enorgaard@hkm.com <br> Email: bdolman@hkm.com <br> *Attorneys for Plaintiffs* |

## ORDER

Finding good cause based on the forgoing stipulations and joint request, the pre-certification briefing deadlines in this matter are continued as follows:

Deadline to file motion for class certification and related motions:   July 23, 2021

Opposition briefs re motion for class certification or other motions:   August 27, 2021

Reply briefs re motion for class certification or other motions:   September 17, 2021

Any hearing on class certification will be set by the Court. Trial and pre-trial deadlines to be scheduled once class certification motion is determined.

Dated this 10th day of February, 2021.

The Honorable Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER
CONTINUING PRE-CERTIFICATION BRIEFING
DEADLINES – 3
C19-5691 TSZ

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

Presented by:

K&L GATES LLP

*/s/ Patrick M. Madden*
Patrick M. Madden, WSBA # 21356

*/s/ Ryan D. Redekopp*
Ryan D. Redekopp, WSBA # 36853

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Email: patrick.madden@klgates.com
Email: ryan.redekopp@klgates.com

*Attorneys for Defendants Steelscape Washington, LLC and Steelscape LLC*

and

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA # 28897

*/s/ Erin S. Norgaard*
Erin S. Norgaard, WSBA # 32789

*/s/ Brian L. Dolman*
Brian L. Dolman, WSBA # 32365

HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206)
Fax: (206)
Email: dheyrich@hkm.com
Email: enorgaard@hkm.com
Email: bdolman@hkm.com

*Attorneys for Plaintiffs Frank "Joe" Mendez, Donald Max Kimball, and Sia Gould*

STIPULATED MOTION AND ORDER
CONTINUING PRE-CERTIFICATION BRIEFING
DEADLINES – 4
C19-5691 TSZ

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

Patrick M. Madden
Ryan D. Redekopp
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Patrick.madden@klgates.com
Ryan.redekopp@klgates.com
Attorneys for Defendants

DATED this 9th day of February, 2021.

*/s/ Angela Tracy*
Angela Tracy, Legal Assistant

STIPULATED MOTION AND ORDER
CONTINUING PRE-CERTIFICATION BRIEFING
DEADLINES – 5
C19-5691 TSZ

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504