# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

FRANK MENDEZ,

    Plaintiff,

v.

STEELSCAPE WASHINGTON LLC,

    Defendant.

C19-5691 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Plaintiff's telephonic representation that the parties are working on a settlement in this matter, the Court STRIKES the Pre-Certification Briefing deadlines set by the Court's February 10, 2021 Order, docket no. 29.

(2) The parties are DIRECTED to file a Joint Status Report by August 31, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1