THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK "JOE" MENDEZ, an individual, on behalf of himself and others similarly situated; DONALD MAX KIMBALL, an individual, on behalf of himself and others similarly situated; and SIA GOULD, an individual, on behalf of herself and others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>STEELSCAPE WASHINGTON, LLC, a Washington limited liability company, and STEELSCAPE, LLC, a foreign limited liability company,<br><br>                    Defendants. | Case No.: 3:19-cv-05691-TSZ<br><br>JOINT STATUS REPORT AND SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

During a September 23, 2021 telephonic hearing, the Court discussed with counsel Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. 32) ("Motion for Preliminary Approval") and identified several concerns regarding the parties' Settlement Agreement (Dkt. 33, Ex. 1) ("Settlement") and form of Notice of Proposed Class Action Settlement (Dkt. 33, Ex. 2) ("Notice"). The Court instructed the parties to confer about those issues and submit a revised motion or other supplemental materials addressing the Court's concerns. *See* September 24, 2021 Minute Entry, Dkt. 34. In response to the Court's concerns,

JOINT STATUS REPORT AND SUPPLEMENTAL
MATERIALS IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL - 1
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the parties respectfully submit the following joint status report and the attached supplemental materials in support of the Motion for Preliminary Approval.

1. **Revised Class Notice**

The parties submit as **Attachment 1** and **Attachment 2** to this status report two alternative sets of proposed revisions to the Notice addressing specific concerns identified by the Court ("Revised Notice 1" and "Revised Notice 2" or, together the "Revised Notices"). The revisions are shown in tracked changes and include the following:

**Objections to Settlement**: Page 1 of the Revised Notices states that individuals who do not file a timely written objection or comment regarding the Settlement may still attend the final approval hearing to make an oral objection or comment. Similar clarifications appear in Section 6.c.

**Litigation Costs**: Section 5.a of the Revised Notices clarifies that Class Counsel will seek costs actually incurred litigating this case "up to $10,000.00," a detail that was not previously addressed until Section 5.d.

**Nullification Threshold**: Section 5.a of the Revised Notices clarifies that Defendants' option to nullify the settlement if more than five percent (5%) of the Class Members choose to opt out is available if "nine (9) or more Class Members" opt out.

**Total Bonuses Paid to Class Members**: Section 5.b of the Revised Notices discloses that, if no Class Members choose to opt out, the gross annual bonuses Defendants distributed to the Class Members for Fiscal Years 2017 and 2018 was $3,079,138.15. As the Court noted, this data will allow Class Members to calculate their expected proportional share of the Net Settlement Fund by dividing their individual bonus amounts by the gross amount.

**Settlement Award Details**: Section 5.b of the Revised Notices provides additional details regarding projected settlement award payments, but the notices take two different approaches.

JOINT STATUS REPORT AND SUPPLEMENTAL
MATERIALS IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL - 2
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

*Revised Notice 1*: Section 5.b of Revised Notice 1 provides four examples describing illustrative opt-out scenarios and explaining how the opt-out adjustment could change the Settlement Amount, the maximum (25%) attorney fees Class Counsel would request, the Net Settlement Amount (assuming a $25% attorney fee award, plus $40,000.000 in litigation costs, settlement administration costs, and service awards to two named plaintiffs), and the average, high, and low gross settlement payment amounts. The four scenarios involve: (1) no opt-outs; (2) three opt-outs who received below-average bonuses; (3) five opt-outs who received very low bonuses; and (4) eight opt-outs who received above-average bonuses. Below is a summary of the results:

| Ex | Class Size | Settlement Amount | Maximum Attorney Fees | Net Settlement Fund | Average Gross Payment | Largest Gross Payment | Smallest Gross Payment |
|---|---|---|---|---|---|---|---|
| 1 | 162 | $4,000,000 | $1,000,000 | $2,960,000 | $18,271.60 | $34,111.44 | $328.74 |
| 2 | 159 | $3,935,040 | $983,760 | $2,911,289 | $18,309.99 | $34,103.90 | $328.67 |
| 3 | 157 | $3,995,200 | $998,800 | $2,956,400 | $18,830.57 | $34,111.01 | $328.73 |
| 4 | 154 | $3,765,360 | $941,340 | $2,784,020 | $18,078.05 | $34,082.68 | $328.46 |

As demonstrated by these examples, the opt-out adjustment could potentially have a significant impact on the Settlement Amount and the maximum attorney fees requested by Class Counsel, but it has relatively little impact on the expected gross payments to individual Class Members. A clean copy of Revised Notice 1 with changes accepted is submitted as **Attachment 3**.

*Revised Notice 2*: Section 5.b of Revised Notice 2 provides similar details regarding expected payments if there are no opt-outs, but omits further analysis regarding other possible opt-out situations, instead emphasizing that the projected average, high, and low payments are based on stated assumptions and that the final payments to individual Class Members will be determined based on opt-outs and the attorneys fees and other amounts approved by the Court. A clean copy of Revised Notice 2 with changes accepted is submitted as **Attachment 4**.

JOINT STATUS REPORT AND SUPPLEMENTAL
MATERIALS IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL - 3
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## 2. Opt Out Adjustment

During the hearing, the Court directed the parties to the Ninth Circuit's recent decision in *Briseño v. Henderson*, 998 F.3d 1014 (9th Cir. 2021), noted that it must scrutinize proposed class action settlements under the so-called "Bluetooth Factors" described in *Briseño*, and expressed concern about the opt-out adjustment mechanism in this Settlement. The Court requested that the parties modify the Settlement so that any additional funds resulting from opt-outs would instead benefit the participating class members or flow to a *cy pres* beneficiary. Defendants' counsel suggested that the opt-out adjustment in this case is distinguishable from the types of settlement "reversions" that courts have rejected in other class action settlements. The Court acknowledged that the opt-out adjustment might be distinguishable, but pointed out that it had no briefing on the issue, no data showing how the opt-out adjustment could impact settlement award calculations, and, at this point, found the opt-out adjustment troubling.

As the opt-out adjustment was an important factor in Defendants' decision to accept the Settlement, Defendants respectfully submit as **Attachment 5** to this status report supplemental briefing in support of the opt-out adjustment.

The parties hope that this status report and the attached supplemental materials satisfactorily address the Court's concerns regarding the Motion for Preliminary Approval and respectfully request that the Court grant Plaintiffs' [Proposed] Order Granting Preliminary Approval of Class Action Settlement (Dkt. 32-1), referencing either Revised Notice 1 or Revised Notice 2 in Paragraph 12, rather than the original Class Notice.

//
//
//
//
//
//

JOINT STATUS REPORT AND SUPPLEMENTAL
MATERIALS IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL - 4
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED October 7, 2021.

| K&L Gates LLP | HKM Employment Attorneys LLP |
|---|---|
| s/Patrick M. Madden<br>Patrick M. Madden, WSBA # 21356 | s/Donald W. Heyrich<br>Donald W. Heyrich, WSBA # 23091 |
| s/Ryan D. Redekopp<br>Ryan D. Redekopp, WSBA # 36853 | s/Erin S. Norgaard<br>Erin S. Norgaard, WSBA # 32789 |
| K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Telephone: (206) 623-7580<br>Fax: (206) 623-7022<br>Email: patrick.madden@klgates.com<br>Email: ryan.redekopp@klgates.com | s/Brian L. Dolman<br>Brian L. Dolman, WSBA # 32365<br><br>HKM Employment Attorneys LLP<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Telephone: (206)<br>Fax: (206)<br>Email: dheyrich@hkm.com<br>Email: enorgaard@hkm.com<br>Email: bdolman@hkm.com |
| *Attorneys for Defendants Steelscape Washington, LLC and Steelscape LLC* | *Attorneys for Plaintiffs Frank "Joe" Mendez, Donald Max Kimball, and Sia Gould* |

JOINT STATUS REPORT AND SUPPLEMENTAL
MATERIALS IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL - 5
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I caused the foregoing JOINT STATUS REPORT AND SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated October 7, 2021.

          <u>s/Ryan D. Redekopp</u>
          Ryan D. Redekopp, WSBA # 36853
          K&L GATES LLP
          925 Fourth Avenue, Suite 2900
          Seattle, WA 98104
          Telephone: (206) 623-7580
          Fax: (206) 623-7022
          Email: ryan.redekopp@klgates.com

JOINT STATUS REPORT AND SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL - 6
Case No.: 3:19-cv-05691-RBL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022