UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK "JOE" MENDEZ, et al.,<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>STEELSCAPE WASHINGTON LLC, et al.,<br>　　　　　　Defendants. | C19-5691<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Plaintiffs' Motion for Approval of Attorneys' Fees, Case Costs, and Enhancement Awards, docket no. 37, is RENOTED for **February 11, 2022**. Any response to the motion by a class member who is represented by separate counsel must be filed with the Court by **February 7, 2022**. Any response to the motion by a class member who is not represented by separate counsel must be submitted to Class Counsel and postmarked by **January 31, 2022**. Class Counsel shall collate and file as an attachment to any reply, all responses from class members who are not represented by counsel. Any reply shall be filed by the noting date, but no reply need be filed if no response is filed with the Court or received by Class Counsel.

　　　(2)　Consistent with the goal of protecting community health, the final settlement approval hearing scheduled for Tuesday, February 22, 2022, at 10:00 a.m., shall be conducted remotely via the ZoomGov.com platform. See General Order No. 01-22. Notice will be posted at www.wawd.uscourts.gov/Steelscape concerning how the virtual proceedings may be accessed by class members and the public.

　　　(3)　Class Counsel are DIRECTED to serve a copy of this Minute Order to all Class Members by either email, if Class Counsel has a verified email address, or by U.S. mail. Class Counsel shall file proof of service within seven (7) days of the date of this Minute Order.

　　　(4)　Class Counsel and the Settlement Administrator are further DIRECTED to post the link to the Court's webpage (www.wawd.uscourts.gov/Steelscape) on any website for the case maintained by Class Counsel and/or the Settlement Administrator.

　　　(5)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 19th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1