UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK "JOE" MENDEZ, et al.,

          Plaintiffs,

   v.

STEELSCAPE WASHINGTON LLC, et al.,

          Defendants.

C19-5691 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    This Minute Order confirms that attorneys shall attend the final settlement approval hearing scheduled for Tuesday, February 22, 2022 at 10:00 a.m. in-person in Courtroom 15206 on the 15th floor of the United States Courthouse, located at 700 Stewart Street in Seattle, Washington. See General Order No. 01-22. The settlement administrator shall attend virtually using the link to the ZoomGov.com session. Class members and the public shall attend using the link to the ZoomGov.com session or by dialing the number for public access. Information concerning how the virtual proceedings may be accessed by class members and the public is posted at www.wawd.uscourts.gov/Steelscape.

      (2)    Plaintiffs' counsel is DIRECTED to file a proposed order on final approval of the class action settlement by 10:00 a.m. on Friday, February 18, 2022.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 15th day of February, 2022.

                                                          Ravi Subramanian
                                                          Clerk

                                                          s/Gail Glass
                                                          Deputy Clerk

MINUTE ORDER - 1