UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK "JOE" MENDEZ, et al.,
                Plaintiffs,

v.

STEELSCAPE WASHINGTON LLC, et al.,
                Defendants.

C19-5691 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to 28 U.S.C. § 1715(b), "[n]ot later than 10 days after a proposed settlement of a class action is filed in court, each defendant that is participating in the proposed settlement shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement . . . ." After the Zoom hearing, counsel indicated that they had not served notices of the proposed settlement to the appropriate Federal and State officials. "An order giving final approval of a proposed settlement may not be issued earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with the notice required under subsection (b)." 28 U.S.C. § 1715(d). Defendants are DIRECTED to file a declaration as soon as possible, but not later than March 1, 2022, indicating when they served the requisite notices and to whom the notices were served, or indicating why such notices were not or need not be served. The Court cannot enter final approval until it receives the declaration from counsel, the requisite time has passed, and no objection has been filed by either the Federal or State officials. Defendants are DIRECTED to file a declaration by June 22, 2022 indicating whether the Federal and State Officials have objected to the proposed settlement.

(2) Class Counsel are DIRECTED to serve a copy of this Minute Order to all Class Members by either email, if Class Counsel has verified email address, or by U.S. mail. Class Counsel shall file proof of service within seven (7) days of the date of this Minute Order.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of February, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1